# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

IN THE INTEREST OF K.N.L., A MINOR : No. 492 EAL 2021
:
:
PETITION OF: L.B. A/K/A T.B. : Petition for Allowance of Appeal
: from the Order of the Superior Court

## ORDER

**PER CURIAM**

**AND NOW**, this 4th day of January, 2022, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by Appellant, is:

Did the trial court err by misinterpreting and misapplying the law and appellate decisions when it denied Appellant standing to intervene in the adoption of [K.L.] despite uncontroverted proof that Appellant stood *in loco parentis* for the subject child by assuming the role of parent and discharging parental duties?

Appellant's Motion for Leave to Amend his Petition for Allowance of Appeal is hereby **DENIED**.

Justice Brobson did not participate in the consideration or decision of this matter.